UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| WILLIE THOMAS GOSIER, | **STATEMENT OF MATERIAL FACTS NOT IN DISPUTE** |
| Plaintiff, | |
| v. | Civil Action No. 6:23-CV-1485 (DNH-TWD) |
| DAVID J. COLLINS, DAVID A. SALLE, JOHN DOE #1 and JOHN DOE #2, | |
| Defendants. | |

_____

In Accordance with Local Rule 56.1 of the United States District Court for the Northern District of New York, Defendants David J. Collins, David A. Salle, as and for their Statement of Material Facts not in dispute say as follows:

1. David J. Collins is the retired Chief of Police of the City of Rome. Attorney's Affirmation of Kevin G. Martin dated March 14, 2025 at ¶7 ("Martin Aff.").

2. David Salle is a Detective for the City of Rome Police Department. *Id.*

3. Neither former Chief Collins nor Detective Salle were personally involved in any aspect of the arrest, investigation or prosecution of the Plaintiff. *Id.* at ¶7.

4. On June 11, 2023, former Patrolman Dylan Stasio observed a gray Hyundai traveling southbound on the 100 block of Black River Boulevard. He estimated the vehicle was traveling 50 mph in the marked 30 mph zone, and his in-car radar detected the vehicle traveling at 52 mph. Affidavit of Patrolman Zachary Hadasz, dated March 17, 2025 at ¶4 and case file page 17 of 31.

5. Patrolman Stasio activated his emergency lights and conducted a traffic stop at about 6:38 a.m. at 120 Black River Blvd. *Id.* at ¶5, case file page 17 of 31.

6.     After interviewing Mr. Gosier, who indicated that he did not have any ID, Patrolman Stasio checked the DMV database and found that Mr. Gosier's DMV ID was suspended as a result of failure to respond to nine traffic tickets on three separate dates. *Id.* at ¶6, case file page 17-18 of 31.

7.     Drug paraphernalia and a loaded handgun were found in the vehicle. *Id*. at ¶9, case file page 24 of 31. There were two rolled up one dollar bills in the driver door compartment. One contained a white powdery substance, and the other a brown powdery, chunky substance. *Id.* There was also a plastic baggie that contained a white powdery substance. *Id.*

8.     Patrolmen Griggs and Stasio removed the passenger Aubry Mayo from the vehicle. Exhibit "A" to Hadasz Affidavit, case file at page 20 of 31. Patrolman Stasio noticed a bulge in the waistband of passenger Aubry Mayo. He felt what appeared to be the handle of a handgun, and reached in and pulled out a black 9 mm Sig Sauer handgun. *Id.,* case file at page 19 of 31.

9.     The City of Rome Police Department received a certificate of disposition of the charges in the case against Mr. Gosier. A copy is attached to the Hadasz Affidavit as Exhibit "B".

10.    Plaintiff Gosier pled guilty to speeding and aggravated unlicensed operation of a motor vehicle, 2d. Id. at ¶15.

11.    It does not appear from the Rome Police department case file that the Rome Police Department charged Plaintiff with criminal possession of a weapon 2d. Hadasz Aff. at Ex. "B", case file at page 2-4 of 31.

12.    The passenger in Plaintiff's vehicle, Aubry E. Mayo, gave a sworn statement that Plaintiff was speeding. *See* case file Statement of Aubry E. Mayo at pages 29-31.

13.    According to her sworn statement, after being stopped by Patrolman Stasio, Plaintiff gave Mayo a "small, black handgun." Following a pat down of Mayo, the gun was found. Mayo swore that "this was Willie's gun, not mine." *Id.*

14.    Plaintiff pled guilty to New York Vehicle and Traffic Law 1180 for speeding and Vehicle and Traffic Law 511 for Aggravated Unlicensed Operation 2d. Certificate of Disposition attached to Hadasz Affidavit as Exhibit "B". The charge of criminal possession of a weapon 2d was dismissed. *Id*.

Dated: March 20, 2025

                                                   The Law Office of Kevin G. Martin

                                                   *Kevin G. Martin*

                                                   Kevin G. Martin
                                                   Bar Roll No. 505332
                                                   1600 Genesee St.
                                                   Utica, New York 13502
                                                   (315) 507-3765
                                                   kmartinlaw@gmail.com

To:    Willie Thomas Gosier
       Plaintiff, pro se
       24067
       Cape Vincent Correctional Center
       36560 State Route 12E
       P.O. Box 599
       Cape Vincent, NY 13618-0599